# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 4:25-mj-00505-HCA-1 : Clerk's Court Minutes – Initial Appearance

United States of America vs. Sean Gardner

| | |
|---|---|
| Gov. Atty(s): Adam J. Kerndt | : Indictment   Superseding Indictment   Information |
| Def. Atty(s): Nova Danielle Janssen | : ✔ Complaint   Warrant |
| Court Reporter: FTR Gold | : Code Violation/Offense: |
| Interpreter: N/A | : SD/MS Complaint (2:25-mj-31) |
| Date: August 15, 2025 | : 18:2251(a) Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |
| Time Start: 2:05 p.m.  Time End: 2:13 p.m. | : |

## Initial Appearance

✔ Defendant Advised of Rights
Representation:   ✔ Appointed FPD    Appointed CJA    Retained Counsel
Next Court Event:    Preliminary    Arraignment    Removal Hearing
    Set for:

## Arraignment

| | |
|---|---|
| Trial Scheduled for: | :   Advised of Charges/Maximum Penalties |
| Rule 16 Material due: | :   Indicted in True Name |
| Reciprocal Discovery due: | :     True Name: |
| Pretrial Motions due: | :   Reading of Indictment Waived |
| Plea Notification Deadline: | :  Plea of Not Guilty Accepted as to Ct(s): |
| Plea Entry Deadline: | :   Denied Forfeiture |

## Custody Status

✔ Government Moved for Detention        Detention Hearing Set:
Court Ordered Defendant:    Released on Bond  ✔ Detained

Minutes:

Defendant appeared with AFPD Nova Danielle Janssen. Court appoints Federal Public Defender to represent this defendant in the Southern District of Iowa. Defendant advised of rights. Government is seeking detention. Defendant waives preliminary, detention, and identity hearing in this district and requests these hearings be set in the Southern District of Mississippi. Court orders defendant to remain detained pending proceedings in the Southern District of Mississippi.

/s/ K. Platt
Deputy Clerk